A. I. Polland, trading as North American Construction Company, appellant, v. Leslie A. Whitfield, appellee. Gen. No. 34,369.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Mort D. and Frank Goldberg, for appellant. No appearance for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

In re Estate of Katherine E. Swift, deceased, D. L. Harmon, executor, appellant, v. Ray Swift, appellee. Gen. No. 34,378.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

N. D. Dolan, for appellant; B. A. Cummins, of counsel. Danaher & Garriott, for appellee; Jas. J. Danaher, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Foreman-State Savings Bank, as guardian of the estate of Mary Sowa, a minor, appellee, v. Joseph L. Lynch and Eugene T. Williams, defendants, on appeal of Joseph L. Lynch, appellant. Gen. No. 34,414.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Miller, Gorham & Wales, for appellant; Edward R. Adams and C. R. Larrabee, of counsel. Robert Berg and Charles C. Spencer, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

George W. Murray, appellee, v. City of Chicago, appellant. Gen. No. 34,459.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Samuel L. Golan and Kathryn M. Barasa, Assistant City Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. H. H. Patterson, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.